IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER S. DEGALE,

      Petitioner,

v.

                                    Case No.    5D22-2020
                                      LT Case No. 2016-CF-014093-A-O

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed December 2, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Christopher S. Degale, Orlando, pro se.

Ashley Moody, Attorney General
Tallahassee, and, Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Respondent

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

October 28, 2020 order denying motion for postconviction relief filed in

Case 2016-CF-014093-A-O, Orange County, Florida.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

TRAVER, NARDELLA and WOZNIAK,  JJ., concur.